UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALKIVIADES DAVID,

                              Plaintiff,

                    -v-                                         26 Misc. 243 (PAE) (SDA)

BOIES SCHILLER FLEXNER LLP *et al.*,                            ORDER

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

        Plaintiff Alkiviades David, proceeding *pro se*, has filed this matter as a miscellaneous

case.  Dkt. 1.  Because David's pleading does not fall within any listed category of miscellaneous

matters, however, this case cannot proceed on the miscellaneous docket.  *See, e.g.*, *Altmark v. El

Bey*, 23 Misc. 262 (S.D.N.Y. Aug. 11, 2023), Dkt. 3 at 1.  The Court thus respectfully directs the

Clerk of Court to (1) open this case as a new civil action, and (2) terminate all pending motions

and close this miscellaneous case.

        The Court certifies, under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would

not be taken in good faith, and thus denies *in forma pauperis* status for the purpose of an appeal.

*See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).


        SO ORDERED.

                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated:  June 26, 2026
        New York, New York